UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| LISA McGRAW WILLIAMS, | ) | No. 0:20-cv-02786-MGL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this <u>19th</u> day of April, 2021, upon consideration of Defendant's Motion to Remand, and Plaintiff's concurrence thereto, it is hereby ORDERED that Defendant's Motion is GRANTED. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

s/ <u>Mary Geiger Lewis</u>_____
Mary Geiger Lewis
United States District Judge

Columbia, South Carolina